Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAY 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LUIS BARRIA

vs

GABRIEL YU, Trustee of YU FAMILY TRUST; SONYA YU, Trustee of YU FAMILY TRUST; STUDIO RR HAIR SALON; and Does 1 through 10, Inclusive

SUMMONS IN A CIVIL ACTION
Case No.

**'08 CV 0908 BEN CAB**

TO: (Name and Address of Defendant)




YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Thomas J. Vandeveld III, P.O. Box 1764, Bonita, CA 91908-1764



An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.


W. Samuel Hamrick, Jr.
K. HAMMERLY (SEAL)

MAY 21 2008
DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)